JOSEPHINE BAUER AND JEROME J. HARZ, EXRS., PLAIN-
TIFFS-PETITIONERS, v. ANDREW B. CRUMMY AND
JOSEPH R. PURCELL, EXRS. AND TRUSTEES, DE-
FENDANTS-RESPONDENTS.

*Mr. Francis G. Fitzpatrick* and *Mr. John Drewen* for
the petitioners.

*Messrs. Crummy, Gibbons & O'Neill* and *Mr. Michael R.
Griffinger* for the respondents.

September 15, 1969. Granted.

LEWIS ROSENSTEIN, PLAINTIFF-RESPONDENT, v. PENNS
GROVE-UPPER PENNS NECK SCHOOL DISTRICT, DE-
FENDANT-PETITIONER.

*Mr. Alex P. Schuenemann, III* for the petitioner.
*Messrs. Taylor, Bischoff, Neutze & Williams* for the
respondent.

September 15, 1969. Denied.

SAMUEL BINSTEIN, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. ALEXANDER SUMMER, *ET AL.*, DEFENDANTS-PE-
TITIONERS.

*Messrs. Jacobson & Winter* and *Mr. Sam Weiss* for
the petitioners.

*Messrs. Craner & Brennan* for the respondents.

September 15, 1969. Denied.